**STATE of Missouri, Respondent,**

v.

**Elizabeth Ann SHAIN, Appellant.**

**No. WD 47034.**

Missouri Court of Appeals,
Western District.

Oct. 5, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 30, 1993.

Application to Transfer Denied
Jan. 25, 1994.

Keith Ludwig, Asst. Public Defender, Liberty, for appellant.

Randall D. Thompson, Pros. Atty., Harrison County, Bethany, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Defendant appeals her conviction for property damage in the second degree, § 569.120, RSMo 1986, and her sentence of six months imprisonment.

The judgment of conviction is affirmed. Rule 30.25(b).